IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARIQ ABDUS-SABOOR,              ) | |
|     Plaintiff,              ) | |
|                                                   ) | |
|     v.                            ) | CIVIL ACTION NO. |
| LEVON ALLEN,                          ) | 1:24-CV-06006-JPB |
| RONALD BOEHRER,                 ) | |
| LIEUTENANT A. JOHNSON,  ) | |
| (WATCH COMMANDER),         ) | |
| SERGEANT EVANS,                  ) | |
| (HOUSING UNIT SUPERVISOR), ) | |
| OFFICER HARRIS,                    ) | |
| (HOUSING UNIT 8 CONTROL), ) | |
| TABITHA CLIFTON                  ) | |
| CLAYTON COUNTY, GEORGIA ) | |
| JEFFREY TURNER,                   ) | |
| ALIEKA ANDERSON,               ) | |
| GAIL HAMBRICK,                    ) | |
| FELICIA FRANKLIN,                ) | |
| DEMONT DAVIS,                     ) | |
| AND                                         ) | |
| JOHN/JANE DOES 1-10 in their ) | |
| Individual capacities,                 ) | |
|     Defendants.              ) | |

**RULE 41(a) VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Tariq Abdus-Saboor, through counsel, and , Pursuant to Federal Rule 41(a), and hereby Voluntarily Dismisses Without Prejudice the above-styled action.

Respectfully submitted this 18th day of February, 2025.

                                             **W. WINSTON BRIGGS LAW FIRM**

            <u>  */s/ Winston Briggs*   </u>.
            W. Winston Briggs
            Georgia Bar No.: 81653
            *Attorney for Plaintiff*

2957 North Fulton Drive NE
Atlanta, GA 30305
(404) 522-1500
wbriggs@winstonbriggslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **Rule 41(a) Voluntary Dismissal Without Prejudice** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

Edward Greenblat
Karen Woodward
275 Scientific Dr NW
Meridian II, Suite 2000
Norcross, GA 30092
egreenblat@cmlawfirm.com
kwoodward@cmlawfirm.com

A. Ali Sabzevari
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
asabzevari@fmglaw.com

This 11th of February, 2025.

W. WINSTON BRIGGS LAW FIRM

 /s/ Winston Briggs  .

W. Winston Briggs
Georgia Bar No.: 81653
*Attorney for Plaintiff*

2957 North Fulton Drive NE
Atlanta, GA 30305
(404) 522-1500
wbriggs@winstonbriggslaw.com

3

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1C, the undersigned counsel certifies that the foregoing has been prepared in Times New Roman 14 point, one of the four fonts and points approved by the Court in LR 5.1C.

**W. WINSTON BRIGGS LAW FIRM**

*/s/ Winston Briggs*     .

W. Winston Briggs
Georgia Bar No.: 81653
*Attorney for Plaintiff*

2957 North Fulton Drive NE
Atlanta, GA 30305
(404) 522-1500
wbriggs@winstonbriggslaw.com